**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | **)** | Chapter 7 |
| | **)** | Case No. 12-43333 |
| MARY MARGARET PAWLAK, | **)** | |
| | **)** | Hon. A. Benjamin Goldgar |
| Debtor. | **)** | |
| | **)** | **Date: June 4, 2014** |
| | **)** | **Time: 10:00 a.m.** |

## CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on May 8, 2014, I caused copies of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object** [Dkt. 43]; **Trustee's Final Application for Compensation** [Dkt. 42]; and the **First and Final Application of Fox, Swibel, Levin & Carroll, LLP, for Allowance and Payment of Administrative Claim for Compensation and Reimbursement of Expenses** [Dkt. 41], to be filed electronically, with a copy to be served upon all parties listed on the attached Service List by first-class U.S. Mail and to be served electronically upon all parties set up to receive notice through the Court's ECF filing system.

                                               */s/ N. Neville Reid*
                                               N. Neville Reid

## SERVICE LIST

**PARTIES TO RECEIVE NOTICE THROUGH THE COURT'S CM/ECF SYSTEM:**

Christopher M Brown on behalf of Creditor WELLS FARGO BANK, N.A.
northerndistrict@atty-pierce.com, cbrown@atty-pierce.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Michael L Sherman on behalf of Creditor FORD MOTOR CREDIT COMPANY LLC
shermlaw1@aol.com

Jason M Shimotake on behalf of Debtor Mary Margaret Pawlak
ndil@geracilaw.com

**PARTIES TO RECEIVE NOTICE BY POSTAGE PREPAID FIRST-CLASS U.S. MAIL:**

| | | |
|---|---|---|
| Bank of America<br>Bankruptcy Department<br>PO Box 15168<br>Wilmington, DE 19850 | Chase Bank<br>Bankruptcy Department<br>PO Box 15298<br>Wilmington, DE 19850 | DISCOVER FINANCIAL<br>SERVICES LLC<br>P.O. Box 3025<br>New Albany, OH 43054-3025 |
| FIFTH THIRD BANK<br>MD# ROPS05<br>Bankruptcy Dept.<br>1850 East Paris Segrand<br>Rapids, MI 49546-6253 | Fifth Third Bank<br>Attn: Bankruptcy Dept.<br>251 North Illinois Street, # 1000<br>Indianapolis, IN 46202 | Ford Motor Credit Company<br>Bankruptcy Department<br>PO Box 537901<br>Livonia, MI 48153-7901 |
| Mahmoud I. Zayed<br>Attn: Bankruptcy Dept.<br>10351 S Menard Ave #324<br>Oak Lawn, IL 60453 | TNB<br>Attn: Bankruptcy Dept.<br>Po Box 673<br>Minneapolis, MN 55440 | Wells Fargo Home Mortgage<br>Bankruptcy Department<br>3476 Stateview Road<br>Fort Mills, SC 29715 |
| Mary Margaret Pawlak<br>10515 S. 84th Ave<br>Palos Hills, IL 60465-1801 | Patrick S Layng<br>Office of the U.S. Trustee<br>219 S Dearborn St, Room 873<br>Chicago, IL 60604-2027 | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243 |