# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PAWLAK, MARY MARGARET | § | Case No. 12-43333 ABG |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that N. Neville Reid, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk for the U.S. Bankruptcy
    Northern District of Illinois
    219 South Dearborn Street
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 06/04/2014 in Courtroom 642,

    United States Courthouse
    219 South Dearborn Street
    Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/08/2014    By: N. Neville Reid
                         Trustee

*N. Neville Reid, Trustee*
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
PAWLAK, MARY MARGARET § Case No. 12-43333 ABG
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 15,908.19 |
| and approved disbursements of | $ | 143.86 |
| leaving a balance on hand of[1] | $ | 15,764.33 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. Neville Reid, Trustee | $ 2,340.82 | $ 0.00 | $ 2,340.82 |
| Attorney for Trustee Fees: FOX, SWIBEL, LEVIN & CARROLL, LLP | $ 2,462.50 | $ 0.00 | $ 2,462.50 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 7.03 | $ 7.03 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 4,803.32 |
| Remaining Balance | $ 10,961.01 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $ 16,957.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 64.6 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIFTH THIRD BANK | $ 16,957.49 | $ 0.00 | $ 10,961.01 |
| | Total to be paid to timely general unsecured creditors | | $ | 10,961.01 |
| | Remaining Balance | | $ | 0.00 |

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/N. Neville Reid
Trustee

*N. Neville Reid, Trustee*
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Mary Margaret Pawlak  
    Debtor

Case No. 12-43333-ABG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: gbeemster     Page 1 of 1     Date Rcvd: May 09, 2014  
                     Form ID: pdf006     Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2014.

```
db            #+Mary Margaret Pawlak,    10515 S. 84th Ave,    Palos Hills, IL 60465-1801
19639987       Bank of America,    Bankruptcy Department,    PO Box 15168,    Wilmington, DE 19850
19639988      +Chase Bank,    Bankruptcy Department,    PO Box 15298,    Wilmington, DE 19850-5298
19639993     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,    Attn: Bankruptcy Dept.,
                 251 North Illinois Street,    Suite 1000,    Indianapolis, IN 46202)
20680685      +FIFTH THIRD BANK,    9441 LBJ FREEWAY,SUITE 350,    DALLAS,TEXAS 75243-4652
19639994     ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
               (address filed with court: Ford Motor Credit Company,    Bankruptcy Department,    PO Box 537901,
                 Livonia, MI 48153-7901)
19639986      +Mahmoud I. Zayed,    Attn: Bankruptcy Dept.,    10351 S Menard Ave #324,    Oak Lawn, IL 60453-4490
19639995      +TNB,    Attn: Bankruptcy Dept.,    Po Box 673,    Minneapolis, MN 55440-0673
19639996      +Wells Fargo Home Mortgage,    Bankruptcy Department,    3476 Stateview Road,
                 Fort Mills, SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19639992       E-mail/PDF: mrdiscen@discoverfinancial.com May 10 2014 00:46:25      Discover Bank,
                 Bankruptcy Dept.,    PO Box 8003,    Hilliard, OH 43026
                                                                                              TOTAL: 1
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19639989*     +Chase Bank,    Bankruptcy Department,    PO Box 15298,    Wilmington, DE 19850-5298
19639990*     +Chase Bank,    Bankruptcy Department,    PO Box 15298,    Wilmington, DE 19850-5298
19639991*     +Chase Bank,    Bankruptcy Department,    PO Box 15298,    Wilmington, DE 19850-5298
                                                                                  TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2014                                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2014 at the address(es) listed below:
```
              Christopher M Brown    on behalf of Creditor    WELLS FARGO BANK, N.A.
               northerndistrict@atty-pierce.com,   cbrown@atty-pierce.com
              Jason M Shimotake    on behalf of Debtor Mary Margaret Pawlak ndil@geracilaw.com
              Michael L Sherman    on behalf of Creditor    FORD MOTOR CREDIT COMPANY LLC shermlaw1@aol.com
              N. Neville Reid    nreid@fslc.com, nreid@ecf.epiqsystems.com
              N. Neville Reid    on behalf of Trustee N. Neville Reid nreid@fslc.com,
               bkdocket@fslc.com;kgoin@fslc.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```