UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARY MARGARET PAWLAK | § | Case No. 1:12-43333-ABG |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   N. Neville Reid, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/N. Neville Reid, Trustee_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company Bankruptcy Department PO Box 537901 Livonia MI 48153-7901 |  |  |  |  |  |
| 2 | Wells Fargo Home Mortgage Bankruptcy Department 3476 Stateview Road Fort Mills SC 29715 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE N. NEVILLE REID | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| FOX SWIBEL LEVIN & CARROLL, LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bank of America Bankruptcy Department PO Box 15168 Wilmington DE 19850 | | | | | |
| 2 | Chase Bank Bankruptcy Department PO Box 15298 Wilmington DE 19850 | | | | | |
| 3 | Chase Bank Bankruptcy Department PO Box 15298 Wilmington DE 19850 | | | | | |
| 4 | Chase Bank Bankruptcy Department PO Box 15298 Wilmington DE 19850 | | | | | |
| 5 | Chase Bank Bankruptcy Department PO Box 15298 Wilmington DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 6 Discover Bank Bankruptcy Dept. PO Box 8003 Hilliard OH 43026 | | | | | |
| | 8 Mahmoud I. Zayed Attn: Bankruptcy Dept. 10351 S Menard Ave #324 Oak Lawn IL 60453 | | | | | |
| | 9 TNB Attn: Bankruptcy Dept. Po Box 673 Minneapolis MN 55440 | | | | | |
| 1 | FIFTH THIRD BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-43333 | ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | MARY MARGARET PAWLAK | | | | Date Filed (f) or Converted (c): | 10/31/2012 (f) |
| | | | | | 341(a) Meeting Date: | 12/17/2012 |
| For Period Ending: | 11/18/2014 | | | | Claims Bar Date: | 09/12/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate<br><br>10515 S. 84th Ave Palos Hills, IL 60465 (Debtor's Residence) | 156,000.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts<br><br>Checking account with TCF Bank - $1,152<br>Savings account with RCF Bank - $700 | 1,852.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods<br><br>Household goods; TV, DVD player, TV stand, stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, microwave, dishes/flatware, pots/pans. | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. Books / Collectibles<br><br>Books, Compact Discs, Tapes/Records, Family Pictures | 50.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel<br><br>Necessary wearing apparel, | 100.00 | 0.00 | | 0.00 | FA |
| 6. Furs and Jewelry<br><br>Earrings, watch, costume jewelry | 150.00 | 0.00 | | 0.00 | FA |
| 7. Insurance Policies<br><br>Whole Life Insurance - $15,000 Cash Surrender Value. - $ 15,000<br>Term Life Insurance - No Cash Surrender Value. - $ 0<br>Insurance (disbursed on October 15, 2012) - $100,000 | 115,000.00 | 15,000.00 | | 15,908.19 | FA |
| 8. Pension / Profit Sharing<br><br>1) Pension w/ Employer/Former Employer - 100% Exempt.<br>2) Pension w/ Employer/Former Employer - 100% Exempt. | Unknown | 0.00 | | 0.00 | FA |
| 9. Vehicles<br><br>1) FMC - 2008 Ford Escape in good condition (over 25,000 miles) - $11,350<br>2) Ford Ranger in good conditions (over 49,000 miles) - $3,623 | 14,973.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-43333 | ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | N. Neville Reid, Trustee |
| Case Name: | MARY MARGARET PAWLAK | | | | Date Filed (f) or Converted (c): | 10/31/2012 (f) |
| | | | | | 341(a) Meeting Date: | 12/17/2012 |
| For Period Ending: | 11/18/2014 | | | | Claims Bar Date: | 09/12/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. Animals<br><br>Family Pets: 2 cats | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)    $289,625.00    $15,000.00    $15,908.19    $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR to be filed no later than March 31, 2014.

Initial Projected Date of Final Report (TFR): 12/31/2014    Current Projected Date of Final Report (TFR): 03/31/2014

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Case 12-43333 Doc 49 Filed 12/24/14 Entered 12/24/14 12:09:36 Desc Main
Document Page 9 of 11

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-43333 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: MARY MARGARET PAWLAK | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3729 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX5761 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/18/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/04/13 | 7 | PRUDENTIAL INSURANCE COMPANY 9645 Lincoln Way LaneFrankfort, IL 60423708-429-8000 | Cash Surrender Contract 99 851 490 | 1129-000 | $15,908.19 | | $15,908.19 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $20.59 | $15,887.60 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $23.62 | $15,863.98 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $23.59 | $15,840.39 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $22.79 | $15,817.60 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $23.52 | $15,794.08 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $22.72 | $15,771.36 |
| 04/07/14 | 300001 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139504-581-6404 | Blanket Bond Disbursement Blanket Bond Amount $71,065,000.00 Liberty Mutual Insurance Company Bond # 016016455 Term: 02/01/14 to 02/01/15 | 2300-000 | | $7.03 | $15,764.33 |
| 06/05/14 | 300002 | Fox Swibel Levin & Carroll LLP 200 West Madison Street Suite 3000 Chicago, IL 60606 | Fee Application Compensation per Dkt. 48 Order dated June 4, 2014 | 3110-000 | | $2,462.50 | $13,301.83 |
| 06/05/14 | 300003 | N. NEVILLE REID, CHAPTER 7 TRUSTEE for the Estate of Mary Margaret Pawlak 200 W. Madison Street, Suite 3000 Chicago, IL 60606 | Fee Application Compensation per Dkt. 47 Order dated June 4, 2014 | 2100-000 | | $2,340.82 | $10,961.01 |
| 06/18/14 | 300004 | Fifth Third Bank 9441 LBJ Freeway, Suite 350 Dallas, Texas 75243 | Final Distribution to Claim 1 Representing Payment of 64.6% | 7100-000 | | $10,961.01 | $0.00 |
| | | | COLUMN TOTALS | | $15,908.19 | $15,908.19 | |
| | | | Page Subtotals: | | $15,908.19 | $15,908.19 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

|  | | |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $15,908.19 | $15,908.19 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $15,908.19 | $15,908.19 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---:|---:|

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3729 - Checking Account (Non-Interest Earn | $15,908.19 | $15,908.19 | $0.00 |
| | $15,908.19 | $15,908.19 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $15,908.19 |
| Total Gross Receipts: | $15,908.19 |

Page Subtotals:    $0.00    $0.00